UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARL and TONI SADOWSKY, ) | Civil Action No. 07-3800 (PKC) |
| ) | |
| Plaintiffs, ) | |
| vs. ) | |
| ) | |
| BANK OF AMERICA CORPORATION, ) | **NOTICE OF VOLUNTARY** |
| ) | **DISMISSAL** |
| Defendant. ) | |
| ) | |

PLEASE TAKE NOTICE that plaintiffs Carl and Toni Sadowsky, through their counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismiss the captioned action.

Dated: October 8, 2007                         Respectfully submitted,

                                                WEISS & LURIE

                                                By:   s/ Joseph H. Weiss
                                                    Joseph H. Weiss (JW 4534)
                                                    David C. Katz (DK 6235)
                                                    551 Fifth Avenue
                                                    New York, NY 10176
                                                    (212) 682-3025

                                                STULL, STULL & BRODY
                                                Jules Brody (JB 9151)
                                                6 East 45th Street
                                                New York, NY 10017
                                                (212) 687-7230

                                                **Attorneys for Plaintiffs**