```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARL and TONI SADOWSKY, ) | Civil Action No. 07-3800 (PKC) |
| ) | |
| Plaintiffs, ) | |
| vs. ) | |
| ) | |
| BANK OF AMERICA CORPORATION, ) | **NOTICE OF VOLUNTARY** |
| ) | **DISMISSAL** |
| Defendant. ) | |
| ) | |

PLEASE TAKE NOTICE that plaintiffs Carl and Toni Sadowsky, through their counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismiss the captioned action.

Dated: October 8, 2007

Respectfully submitted,

WEISS & LURIE

By: s/ Joseph H. Weiss
Joseph H. Weiss (JW 4534)
David C. Katz (DK 6235)
551 Fifth Avenue
New York, NY 10176
(212) 682-3025

STULL, STULL & BRODY
Jules Brody (JB 9151)
6 East 45th Street
New York, NY 10017
(212) 687-7230

**Attorneys for Plaintiffs**

SO ORDERED
/s/ [signature]
USDJ
10/10/07